NO. 07-07-0199-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JUNE 7, 2007

______________________________

KENDRICK JERMAINE FULTON, 1995 CHEVROLET BLAZER

VIN: 1GNDT13W1S2180389 TEXAS TAG: 5GN S11, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE 320
TH
 DISTRICT COURT OF POTTER COUNTY;

NO. 94,782-D; HONORABLE DON EMERSON, JUDGE

_______________________________

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

MEMORANDUM OPINION

Appellant, Kendrick Jermaine Fulton, filed a notice of appeal on May 15, 2007.  He did not pay the filing fee required under Rule 5 of the Texas Rules of Appellate Procedure or file an affidavit of indigence in conformity with Rule 20.1.  Nor did he file a docketing  statement as required by Rule 32.1.  By letter from this Court dated May 15, 2007, we advised appellant the “filing fee in the amount of $125.00 has not been paid.  Failure to pay the filing fee within ten (10) days from the date of this notice may result in dismissal.”  
Tex. R. App. P. 
42.3(c)
.
  The letter also directed him fo file a docketing within ten (10) days.  Appellant has not filed a docketing statement, paid the fee as directed or filed an affidavit of indigence.  Accordingly, we dismiss the appeal.  
Tex. R. App. P. 
 42.3(c)
.
 

Mackey K. Hancock

         Justice